AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States District Court
Southern District of Texas
**FILED**

MAY 03 2021

**Nathan Ochsner, Clerk**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Victor Manuel GOMEZ (1999/USC) | ) | Case No. M-21-MJ-0949 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____May 3, 2021____ in the county of ____Hidalgo____ in the ____Southern____ District of ____Texas____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 952 | Illegal Importation of a Controlled Substance / Approximately 15.3 Kilograms of Heroin, a Schedule II Controlled Substance. |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

Complaint authorized by: AUSA Jongwoo Chung

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. 4.1, and probable cause found on:

Date: 05/03/2021 at 10:50 p.m.

City and state: McAllen, Texas

/s/ David T. Racca
*Complainant's signature*

David T. Racca, HSI Special Agent
*Printed name and title*

*Judge's signature*

Hon. J. Scott Hacker, U.S. Magistrate
*Printed name and title*

**Attachment "A"**

I, David T. Racca, am a Special Agent of the United States Homeland Security Investigations (HSI) and have knowledge of the following facts. The facts related in this attachment do not reflect the totality of information known to me or other agents/officers, merely the amount needed to establish probable cause. I do not rely upon facts not set forth herein in reaching my conclusion that a complaint should be issued, nor do I request that this Court rely upon any facts not set forth herein in reviewing this attachment in support of the complaint.

1. On May 3, 2021, Homeland Security Investigations in McAllen, Texas, (HSI McAllen) received a request for investigative assistance from the U.S. Customs and Border Protection (CBP) Office of Field Operations at the Hidalgo Port of Entry (POE) in Hidalgo, Texas. CBP Officers (CBPOs) detained Victor Manuel GOMEZ (hereinafter GOMEZ), a citizen of the United States, while attempting to enter the U.S. with approximately 15.3 kilograms (kg) of heroin concealed within an altered driveshaft of the vehicle he was driving. The vehicle driven by GOMEZ was registered to GOMEZ.

2. During primary inbound inspection, CBPOs obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00 from GOMEZ. GOMEZ claimed to be traveling from Reynosa, Tamaulipas, Mexico back to his home in Pharr, Texas after visiting family in Mexico. CBPOs referred GOMEZ and the vehicle to secondary inspection for an intensive examination.

3. During secondary inspection, CBPOs obtained a negative oral declaration for fruits, food, alcohol, tobacco, drugs, weapons and currency over $10,000.00 from GOMEZ. A CBP K-9 narcotics detection team conducted a free air inspection which resulted in a positive alert for the odor of controlled substance(s) emanating from the vehicle's undercarriage. A Z-Portal (x-ray) inspection scan was conducted on the vehicle. During the Z-Portal scan, anomalies were observed in the driveshaft of the vehicle.

4. A physical search of the vehicle revealed a total of fifteen (15) packages concealed within the driveshaft. CBPOs weighed the fifteen (15) packages, which weighed approximately 15.3 kilograms on a calibrated scale. CBPOs field tested the substance inside the packages, with a presumptive positive result for the properties and characteristics of heroin.

5. Homeland Security Investigations (HSI), Special Agents (SA) responded to the Hidalgo POE to assist in the investigation. The HSI SAs and a CBPO interviewed GOMEZ who admitted to knowing that there were illegal drugs concealed within the vehicle. GOMEZ admitted that he was to be paid four-thousand (4,000) United States Dollars from an unknown person in Mexico to cross the vehicle into the United States.